UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Grand Jury Investigations * | |
| * | M.B.D. No.15-mc-91012-IT |
| Contract Paralegal Working in the United * States Attorney's Office, Boston Office * | |
| * | **FILED UNDER SEAL** |

ORDER

January 26, 2015

Given that the court's <u>Order</u> of January 22, 2015 [#6] does not concern any particular grand jury proceeding or any matters before the grand jury, and does not contain the name or other personal information of any contract paralegal, the court directs the United States to provide its reasons for why the court's order should remain sealed by January 29, 2015.

/s/ Indira Talwani
United States District Judge