UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In re Grand Jury Investigations | * | |
|  | * | |
|  | * | M.B.D. No.15-mc-91012-IT |
| Contract Paralegal Working in the United States Attorney's Office, Boston Office | * * * * | |

ORDER

February 5, 2015

Pursuant to the United States' Absence of Objection [#8], in which the United States notes that it does not object to the unsealing of that document or the court's Order of January 22, 2015 [#6], this case and docket entries 6-8 are hereby unsealed.  Docket entries 1-5 shall remain under seal.

/s/ Indira Talwani
United States District Judge